UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                              23-CR-374-001 (NRB)

   -   against -

                                                                              ORDER

ELIEZER ITARA

       Defendant

----------------------------------------------------------------x

      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by The New York Mental Health Group in the amount of $5,000.00, for professional services rendered in connection with the above captioned case.

      SO ORDERED,

Dated: New York, New York

       October 30, 2023



# MCC CONSULTING, INC. d/b/a
# The New York Mental Health Group

_____

*Tax ID: 26-3364384     DUNS #: 080727853*

**Jennifer A. McCarthy, Ph.D.**
**Executive Director**

### INVOICE

October 13, 2023

Re:   **United States of America v. Eliezer Itara**

*Psychosexual Evaluation & Report*                    $5,000.00
*Date of Services: September 6, 21, 22, 2023*

**Brooklyn Office: 26 Court Street, Suite 702, Brooklyn, NY 11242**
**Manhattan Office: 100 Church Street, Suite 800, New York, NY 10007**
**Long Island Office: 171 South Wellwood Avenue, Suite A, Lindenhurst, NY 11757**
**T: 347-661-9002     F: 347-438-3073**