```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA

        - against -                          ORDER

ELIEZAR ITARA                                23 Cr. 374 (NRB)

            Defendant.

-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Defendant Eliezar Itara's surrender date is adjourned until July 24, 2024.

**SO ORDERED.**

DATED:    May 30, 2024
             New York, New York

                                                _____
                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE