**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 17, 2024

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:  *United States v. Eliezar Itara*, 23 Cr. 374 (NRB)

Dear Judge Buchwald:

The Government respectfully writes, with consent of the defense, to request an extension to submit a proposed restitution order until July 24, 2024, the date of the defendant's surrender. Twelve victims have submitted restitution requests to date, the last of which was received on May 28, 2024. The parties are in the process of consulting with one another and with victims' counsel regarding the proposed restitution order.

*[Handwritten: Application granted. Naomi Reice Buchwald, USDJ 6/18/24]*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: *Madison Reddick Smyser*
Madison Reddick Smyser
Assistant United States Attorney
(212) 637-2381

Cc: Barry Goldberg, Esq.