UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :   23 Cr. 374-1 (NRB)

     -against-                       :   ORDER
                                     :
Eliezar Itara
                                     :
          Defendant
                                     :
-------------------------------------X

NAOMI REICE BUCHWALD, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to allow

Pretrial Services to remove the defendant's GPS ankle monitor on

July 23, 2024, in preparation for his surrender to the Bureau of

Prisons the following date.

        Dated: New York, New York
               July 22, 2024

                              SO ORDERED:


                              _____
                              NAOMI REICE BUCHWALD
                              United States District Judge